EUGÈNE BAZERGUE *v.* ANTOINETTE FAUCHEUX and MATHIEU ROBERT.

Where a suit was instituted against a party individually and as tutor of his minor children, and judgment rendered in his favor in this double capacity, and upon appeal, the bond was only executed in his favor individually—*Held:* That the appeal ought to have been taken against him in both capacities, otherwise the minors are not parties to the same.

APPEAL from the Dist. Court of the Parish of St. John the Baptist, *Duffel*, J. *G. LeGardeur*, for plaintiff and appellant. *Berault & Legendre*, for defendants.

MERRICK, C. J. There is a motion to dismiss the appeal in this case, on two grounds, viz :

That the appellant has acquiesced in the judgment, by voluntarily executing the same; and that no appeal bond has been executed in favor of the natural tutrix representing the minor defendants.

On the second ground we observe, that the bond is only executed in favor of *Madame Faucheux, widow Robert*, in her individual capacity, although the judgment is also in her favor as tutrix to her minor children.

It is contended by the learned counsel for the defendant, that the appeal to this court has followed the citation in the lower court, which was addressed to the defendant, *Madame Robert*, in her individual capacity, &c.; that if the minors are not parties to the appeal, then they were not parties to the suit in the lower court, and the appeal was well taken. The fact, however, is, that the prayer of the petition was that she should be made a party defendant in both capacities. She answered, and formed her reconventional demand in both capacities, and had judgment thereon accordingly. The appeal ought to have been taken against her in both capacities. The minors, therefore, have not been made parties to the same. *Crawford* v. *Alexander*, 14 An. 708.

It is, therefore, ordered, adjudged and decreed by the court, that the appeal in this case be dismissed at the cost of the appellant.

LAND, J., absent.